37181. THOMAS *v.* STATE OF GEORGIA.

QUILLIAN, Judge. In a suit instituted to condemn an automobile under Code (Ann.) § 58-207, while it is necessary that the defendant be served with a copy of the petition, there is no requirement that process be issued.

Accordingly, the trial judge did not err in overruling a motion to dismiss the action because no process was attached to the petition.

*Judgment affirmed. Felton, C. J., and Nichols, J., concur.*

DECIDED JUNE 23, 1958.

G. *Gerald Kunes*, for plaintiff in error.

W. J. *Forehand, Solicitor-General*, contra.